No. 82–1295. ESCAMBIA COUNTY, FLORIDA, ET AL. *v.* MCMILLAN ET AL. Appeal from C. A. 5th Cir. Motion of State Association of County Commissioners of Florida et al. for leave to file a brief as *amici curiae* granted. Probable jurisdiction noted.

No. 82–1401. CALDER ET AL. *v.* JONES ET AL. Appeal from Ct. App. Cal., 2d App. Dist. Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 82–1256. LYNCH, MAYOR OF PAWTUCKET, ET AL. *v.* DONNELLY ET AL. C. A. 1st Cir. Certiorari granted.

No. 82–1448. UNITED STATES *v.* STAUFFER CHEMICAL CO. C. A. 6th Cir. Certiorari granted.

No. 82–1150. ELLIS ET AL. *v.* BROTHERHOOD OF RAILWAY, AIRLINE & STEAMSHIP CLERKS, FREIGHT HANDLERS, EXPRESS & STATION EMPLOYES, ET AL. C. A. 9th Cir. Motion of William L. Dickinson for leave to file a brief as *amicus curiae* granted. Certiorari granted.

No. 81–1438. HAMMERMILL PAPER CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied.

No. 81–2162. PIONEER FINISHING CORP. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 1st Cir. Certiorari denied.

No. 81–2202. WESTINGHOUSE ELECTRIC CORP. *v.* TRIBBLE. C. A. 8th Cir. Certiorari denied.